**Motion Granted; Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-17-00040-CV**
**No. 14-18-00419-CV**

_____

**MARK YOUNG, Appellant**

**V.**

**BELLAPALMA, L.L.C., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-68322**

---

## ORDER

On January 11, 2017, appellant Mark Young filed a notice of appeal from the judgment signed November 21, 2016, and the appeal was assigned to this court under our appellate number 14-17-00040-CV. In cause number 14-17-00040-CV, this court abated the appeal and requested that the trial court enter an order clarifying whether the summary judgment was final. On May 30, 2018, in cause number 14-17-00040-CV, this court received a supplemental clerk's record, which contained the trial court's clarifying

order signed February 15, 2018. On March 19, 2018, appellants filed a notice of appeal from the February 15, 2018 order, which was docketed as cause number 14-18-00419-CV.

On June 11, 2018, appellants filed a motion to consolidate the two appeals. The motion is granted. Because cause number 14-17-00040-CV was submitted June 6, 2018, to this panel, cause number 14-18-00419-CV will be submitted on the same date.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.